## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD. and TCL INDUSTRIES HOLDINGS CO., LTD.,<br><br>    Defendants. | Civil Action 6:23-cv-00293-ADA |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs give notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, TCL Electronics Holdings Ltd. and TCL Industries Holdings Co., Ltd., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendants, TCL Electronics Holdings Ltd. and TCL Industries Holdings Co., Ltd., have not filed either an answer or a motion for summary judgment in this matter.

Dated: April 26, 2023                     Respectfully submitted,

                                          /s/Karl Rupp
                                          Karl Rupp
                                          Texas State Bar No. 24035243
                                          **SOREY & HOOVER, LLP**
                                          100 N. 6TH Street, Ste. 502
                                          Waco, Texas 76701
                                          Tel: (903) 230-5600
                                          Fax: (903) 230-5656
                                          krupp@soreylaw.com

                                          Paul J. Hayes
                                          phayes@princelobel.com
                                          Matthew D. Vella
                                          mvella@princelobel.com
                                          Robert R. Gilman
                                          rgilman@princelobel.com
                                          Jonathan DeBlois
                                          jdeblois@princelobel.com
                                          Brian Seeve
                                          bseeve@princelobel.com
                                          **PRINCE LOBEL TYE LLP**
                                          One International Place, Suite 3700
                                          Boston, MA 02110
                                          Tel: (617) 456-8000

                                          COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF system on this 26th day of April, 2023.

                                          /s/Karl Rupp